IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MILBRAND, | : | |
| Plaintiff | : | No. 4:17-cv-761 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| WILLIAM MINER, | : | |
| iudividually and in his official capacity, | : | |
| and NATHAN RHODES, individually | : | |
| and in his official capacity, | : | |
| Defendants | : | |

## ORDER

**AND SO**, on this 24th day of August 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Defendants William Miner and Nathan Rhodes' motion to dismiss Counts 1, 2 and 4 of Plaintiff William Milbrand's amended complaint (Doc. No.19), is **GRANTED**. Counts 1, 2 and 4 are **DISMISSED WITH PREJUDICE**. **IT IS FURTHER ORDERED THAT** Plaintiff's pendent state law claim is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3). The Clerk is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania